Joseph E. Addiego III (CA State Bar No. 169522)
John Freed (CA State Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: joeaddiego@dwt.com
Email: jakefreed@dwt.com

Attorneys for Defendant JPMorgan Chase Bank, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. KELLEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CALIBER HOME LOANS, INC.; JPMORGAN CHASE BANK; U.S. BANK NATIONAL ASSOCIATION; QUALITY LOAN SERVICE CORPORATION; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 2:17-cv-01804-MCE-AC<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint removed: August 28, 2017<br>Current response date: September 19, 2017<br><br>[Complaint Filed: July 19, 2017] |

1       WHEREAS, July 19, 2017, Plaintiff filed this action against Defendants JPMorgan Chase Bank N.A. ("Chase"), Caliber Home Loans, Inc. ("Caliber"), U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust (incorrectly sued as U.S. Bank National Association) ("U.S. Bank" in the California Superior Court, Sacramento County;

      WHEREAS, on August 28, 2017, Defendants removed this action to this Court;

      WHEREAS on August 31, 2017, the parties stipulated to extend Defendants' time to respond to the Complaint to September 19, 2017;

      WHEREAS, on September 12, 2017, Plaintiff filed a motion to remand the case to Sacramento County Superior Court (Dkt. No. 11);

      WHEREAS, the parties agree it would be a more efficient use of party and judicial resources to adjudicate Plaintiff's motion to remand prior before Defendants respond to the Complaint.

      NOW THEREFORE, the parties HEREBY STIPULATE AND AGREE AS FOLLOWS: The deadline for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint shall be extended until fourteen (14) days after the Court issues any order denying Plaintiff's motion to remand. In the event the Court grants the motion to remand, Defendants shall make their initial responses to the Complaint in Sacramento County Superior Court following remand.

**IT IS SO STIPULATED.**

Dated: September 19, 2017

Respectfully submitted,
DAVIS WRIGHT TREMAINE LLP

By: */s/Joseph E. Addiego III*
    Joseph E. Addiego III
    John Freed
    Attorneys for Defendant JPMorgan
    Chase Bank, N.A.

Dated: September 19, 2017

Respectfully submitted,
LOCKE LORD

By: */s/Regina McClendon*
　　Regina McClendon
　　Kinga L. Wright
　　Attorneys for Defendants Caliber Home
　　Loans, Inc. and U.S. Bank Trust, N.A.,
　　as Trustee for LSF9 Master
　　Participation Trust (incorrectly sued as
　　U.S. Bank National Association)

Dated: September 19, 2017

Respectfully submitted,
FRY LAW CORPORATION

By: */s/Christopher Fry*
　　Christopher Fry
　　Attorneys for Plaintiff Julie Kelley

# ORDER

Presently before the Court is the parties' Second Stipulation to Extend Time to Respond to the Complaint ("Stipulation"). Having reviewed the Stipulation and having considered the status of the case, and finding good cause, the Court GRANTS the Stipulation, as follows:

Defendants' deadline to answer, move to dismiss, or otherwise respond to the Complaint shall be extended up to an including fourteen (14) days after the Court issues any order denying Plaintiff's pending Motion to Remand (Dkt. No. 11). In the event the Court grants the Motion to Remand, Defendants shall respond to the Complaint in Sacramento County Superior Court.

IT IS SO ORDERED.

Dated: September 19, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify I caused the foregoing document to be filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on September 19, 2017.

Executed at San Francisco, California on September 19, 2017.

By: */s/ Joseph E. Addiego III*
Joseph E. Addiego III