| | |
|---|---|
| 1 | LOCKE LORD LLP |
| 2 | Regina J. McClendon (SBN 184669) |
|   | rmcclendon@lockelord.com |
| 3 | Kinga L. Wright (SBN 313827) |
|   | kinga.wright@lockelord.com |
| 4 | 101 Montgomery Street, Suite 1950 |
|   | San Francisco, CA 94104 |
| 5 | Telephone: (415) 318-8810 |
|   | Fax: (415) 676-5816 |

LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Kinga L. Wright (SBN 313827)
kinga.wright@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Defendants
Caliber Home Loans, Inc.; and U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust (incorrectly sued as U.S. Bank National Association)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. KELLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIBER HOME LOANS, INC.; JPMORGAN CHASE BANK; U.S. BANK NATIONAL ASSOCIATION; QUALITY LOAN SERVICE CORPORATION; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO.: 2:17-cv-01804-MCE-AC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DISCOVERY TO BE COMPLETED; ORDER**<br><br>Date: November 1, 2018<br>Time: 2:00 p.m.<br>Location: Courtroom 7, 14th Floor<br><br>[Filed concurrently with Motion for Extension of Time for Discovery to Be Completed]<br><br>Complaint Filed: July 19, 2017 |

WHEREAS, on July 19, 2017, Plaintiff filed this action against Defendants JPMorgan Chase Bank N.A. ("Chase"), Caliber Home Loans, Inc. ("Caliber"), and U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust (incorrectly sued as U.S. Bank National Association) ("U.S. Bank Trust") in the Superior Court of California, County of Sacramento;

WHEREAS, on August 28, 2017, Chase removed this action to this Court;

WHEREAS, on August 28, 2017, this Court filed its Initial Pretrial Scheduling Order;

1
STIPULATION FOR EXTENSION OF TIME FOR DISCOVERY TO BE COMPLETED
*Kelley v. Caliber Home Loans, Inc., et al.*, Case No. 2:17-cv-01804-MCE-AC

Locke Lord LLP
101 Montgomery Street, Suite 1950

1 WHEREAS, the Initial Pretrial Scheduling Order required all discovery, with the exception of expert discovery, to be completed no later than three hundred sixty-five (365) days from the date the federal case was opened;

WHEREAS, on September 12, 2017, Plaintiff filed a motion to remand the case to state court;

WHEREAS, on September 19, 2017, pursuant to the parties' stipulation, the Court extended Defendants' deadline to respond to the Complaint to fourteen (14) days after the Court issued an order denying the motion to remand;

WHEREAS, on May 2, 2018, this Court denied the motion to remand;

WHEREAS, on May 11, 2018, Caliber and the U.S. Bank Trust filed their motion to dismiss the Complaint;

WHEREAS, on May 17, 2018, Chase filed its motion to dismiss the Complaint;

WHEREAS, the Court, on its own motions, vacated the hearings on both motions to dismiss, and the motions to dismiss are presently under submission with the Court;

WHEREAS, the parties agree it would be a more efficient use of party and judicial resources for this Court to adjudicate the pending motions to dismiss before Defendants complete discovery.

NOW THEREFORE, the parties HEREBY STIPULATE AND AGREE AS FOLLOWS: The deadline for Defendants to complete discovery shall be extended until 120 days after the deadline, if any, for Defendants' answers to the Complaint.

**IT IS SO STIPULATED.**

Dated: September 11, 2018

Respectfully submitted,
DAVIS WRIGHT TREMAINE LLP

By: /s/ John Freed
(as authorized on September 11, 2018)
Joseph E. Addiego III
John Freed
Attorneys for Defendant JPMorgan
Chase Bank, N.A.

Dated:  September 11, 2018                    Respectfully submitted,
                                              LOCKE LORD


                                              By:  /s/ Kinga L. Wright
                                                   Regina McClendon
                                                   Kinga L. Wright
                                                   Attorneys for Defendants Caliber Home
                                                   Loans, Inc. and U.S. Bank Trust, N.A.,
                                                   as Trustee for LSF9 Master
                                                   Participation Trust (incorrectly sued as
                                                   U.S. Bank National Association)


Dated:  September 11, 2018                    Respectfully submitted,
                                              FRY LAW CORPORATION


                                              By:  /s/ Christopher Fry
                                                   (as authorized on September 11, 2018)
                                                   Christopher Fry
                                                   Attorney for Plaintiff Julie Kelley

**ORDER**

Presently before the Court is the parties' Stipulation for Extension of Time for Discovery to Be Completed (the "Stipulation"). Having reviewed the Stipulation and having considered the status of the case, and finding good cause, the Court GRANTS the Stipulation, as follows:

Defendants' deadline to complete discovery shall be extended until 120 days after the deadline, if any, for Defendants' answers to the Complaint.

IT IS SO ORDERED.

Dated: September 17, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Locke Lord LLP
101 Montgomery Street, Suite 1950
San Francisco, CA 94104